**KAUFF MCGUIRE & MARGOLIS LLP**
950 Third Avenue, Fourteenth Floor
New York, New York 10022
(212) 644-1010 (Tel)  (212) 644-1936 (Fax)

*Attorneys for Defendant*
*Goodwill Industries of Greater New York*
*& Northern New Jersey Inc.*

**UNITED STATES U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Angel Rosado,<br><br>                    Plaintiff,<br><br>- against -<br><br>Goodwill Industries of Greater New York & Northern New Jersey, Inc.,<br><br>                    Defendant. | Case No. 1:21-cv-02433<br><br>**DEFENDANT'S RULE 7.1 STATEMENT** |

Defendant Goodwill Industries of Greater New York and Northern New Jersey, Inc. ("Goodwill" or "Defendant") by its attorneys Kauff McGuire & Margolis LLP, states that it is a domestic not-for-profit corporation and there is no parent company nor any publicly-held corporation that owns any interest in the Defendant.

Dated:   New York, New York        Respectfully submitted,
         May 25, 2021

                                  KAUFF McGUIRE & MARGOLIS LLP

                                    /s/ *Lisa E. Dayan*
                                       Lisa E. Dayan
                                  950 Third Avenue, Fourteenth Floor
                                  New York, NY 10022
                                  Tel. (212) 644-1010 Fax. (212) 644-1936
                                  dayan@kmm.com

                                  *Attorneys for Defendant Goodwill Industries of Greater New York and Northern New Jersey, Inc.*